IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KAIVON MITCHELL,

    Petitioner,

v.

JOSHUA JONES,

    Respondent.

CIVIL ACTION NO.: 4:24-cv-120

**O R D E R**

Before the Court is the Magistrate Judge's May 6, 2025 Report and Recommendation, (doc. 21), to which no objections have been filed. After a careful de novo review, the Court agrees with the Magistrate Judge's recommendations. The Report and Recommendation is, therefore, **ADOPTED**. (Doc. 21.) Mitchell's Amended Petition is **DISMISSED** as untimely. (Doc. 7.) Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal

would not be taken in good faith.  Thus, *in forma pauperis* status on appeal is likewise **DENIED**. 28 U.S.C. § 1915(a)(3).  The Clerk is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 25th day of June, 2025.

                                    */s/ R. Stan Baker*

                                R. STAN BAKER, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA