AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KAIVON MITCHELL,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-00120

JOSHUA JONES,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 25, 2025, adopting the Report and Recommendation of the Magistrate Judge, Petitioner's Amended Petition is dismissed as untimely, no Certificate of Appealability should issue, and in forma pauperis status on appeal is denied. This case stands closed.

| 6/25/2025 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/1/03